IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY HOLMON,

    Plaintiff,

v.

DR. LOYDA LORIA, JAN KRUEGER,
DAVID BARNEY, PAT MCCULLOUGH,
MARIO CANZIANI, CAROLYN CADA and
DONNA DUNNET,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-234-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dr. Loyda Loria, Jan Krueger, David Barney, Pat McCullough, Mario Canziani, Carolyn Cada and Donna Dunnet:

(1) granting motion their summary judgment and dismissing plaintiff's claims that defendants violated his constitutional rights by failing to provide him adequate medical treatment and failing to keep his issues private; and

(2) dismissing plaintiff's state law claims without prejudice to refiling in state court.

_Peter Oppeneer_, Clerk of Court        1/4/12 Date